**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WAYNE TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 0705 |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE | ) | Judge Andersen |
| | ) | |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## MOTION TO ADOPT FINDINGS OF FACT AND CONCLUSIONS OF LAW

NOW COMES the Plaintiff, WAYNE TALLEY, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and moves this Honorable Court to adopt the Findings of Fact and Conclusions of Law, states as follows:

1. This matter proceeded to a bench trial on July 28, 2008. Subsequently, this Honorable Court entered a verdict for the Plaintiff in the amount of $10,000.

2. Plaintiff now presents, pursuant to the court's request, the attached Findings of Fact and Conclusion of Law for the court's acceptance and adoption.

WHEREFORE, the Plaintiff, WAYNE TALLEY, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and moves this Honorable Court to adopt the Findings of Fact and Conclusions of Law.

                                                            Respectfully Submitted,
                                                            **WAYNE TALLEY**


                                                            By:    s/Larry P. Smith
                                                                     Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
Ph: (312) 222-9028
Fax: (312) 602-3911